CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARIO OROSCO    MM 1928
Full Name of Plaintiff    Inmate Number

Civil No. 1-25cv1603
(to be filled in by the Clerk's Office)

v.

COUNTY OF DAUPHIN
Name of Defendant 1

( X ) Demand for Jury Trial
(___) No Jury Trial Demand

FRANCIS T. CHRADO
Name of Defendant 2

FILED
SCRANTON

AUG 27 2025

PER_____ΣΡ_____
DEPUTY CLERK

CHRISTOPHER H. COOPER
Name of Defendant 3

ALEXANDER WAGNER
Name of Defendant 4

TYLER PARREY
Name of Defendant 5

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.  NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

_X_    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

Orosco Mario
Name (Last, First, MI)

MM-1928
Inmate Number

SCI-Rockview
Place of Confinement

1 Rockview Place, Box A
Address

Bellefonte, PA 16823
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

X  Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

County of Dauphin
Name (Last, First)

Municipality
Current Job Title

333 Market Street, 16th Floor
Current Work Address

Harrisburg, PA 17101 - 2334
City, County, State, Zip Code

Defendant 2:

CHRADO, Francis
Name (Last, First)

District Attorney
Current Job Title

101 Market Street
Current Work Address

Harrisburg, PA 17101
City, County, State, Zip Code


Defendant 3:

Cooper, Christopher
Name (Last, First)

District Attorney
Current Job Title

101 Market Street
Current Work Address

Harrisburg, PA 17101
City, County, State, Zip Code


Defendant 4:

Wagner, Alexander
Name (Last, First)

Sergant
Current Job Title

1900 Linglestown Road
Current Work Address

Harrisburg, PA 17110
City, County, State, Zip Code


Defendant 5:

Parrey, Tyler
Name (Last, First)

K-9 Officer
Current Job Title

Current Work Address

Harrisburg, PA
City, County, State, Zip Code

Page 3 of 6

III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Dauphin County Prison, Dauphin County Courthouse

B. On what date did the events giving rise to your claim(s) occur?

10/19/2019 throughout
I was unaware of the injuries and damages until / /

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I was wrongly arrested and wrongly imprison for a crime I did not commit, do to the officer testimoney of seeing a black male and having a video of a black male at the scene, which was clearly not me. I believe that I was being rasical profiling do to the fact that I am a white hispanic and was sent to prison for 2½ years.

(SEE ATTACHMENT A)

IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Kerman v. City of New York, 374 F.3d, 125 (2d Cir. 2004) The damages recoverable for loss of liberty for period spent in a wrongful confinement are separable from damages recoverable for such injuries as physical harm, embarrassment, or emotional suffering even absent such other injuries, an award of several thousand dollars may be appropriate simply for several hours loss of liberty.

(SEE ATTACHMENT B)

V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Loss of Liberty, Physical harm, Embarrassment, emotional suffering, Mental anguish, Nightmares, loss of home, Job...

VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Plaintiff, seeks damages for loss of liberty and for the period spent in a wrongful confinement by way of; (Compensation Relief) (Punitive Damages) (Nominal Damages)

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_8-8-25_____
Date

Gerald Kechn
#NK4898
S.C.I Rockview
PO Box 33028
St Petersburg FL 33733

INMATE MAIL
PA DPT OF
CORRECTIONS

RECEIVED
SCRANTON
AUG 27 2025
PER _____
DEPUTY CLERK

United States District Court
for the
Middle District of Pennsylvania
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148